**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1510**

STEVEN P. FLEMING,

        Plaintiff – Appellant,

      v.

MARYLAND NATIONAL CAPITAL PARK & PLANNING COMMISSION; PATTY
DARNEY, Executive Director; WILLIAM SPENCER, Human
Resources Director; ADRIAN GARDENER, General Counsel,

        Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Deborah K. Chasanow, Chief District
Judge.  (8:11-cv-02769-DKC)

Submitted:  June 13, 2013        Decided:  June 17, 2013

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Steven P. Fleming, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Paul Fleming seeks to appeal the district court's order denying his motion to reopen his Title VII employment discrimination case. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on March 15, 2013. The notice of appeal was filed on April 18, 2013. Because Fleming failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED